# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 219

State of North Dakota,                                                    Plaintiff and Appellee

     v.

Ginny Rose Lubitz,                                                    Defendant and Appellant

## No. 20200118

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable John C. Irby, Judge.

AFFIRMED.

Per Curiam.

Tracy E. Hines, Assistant State's Attorney, Fargo, N.D., for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Enderlin, N.D., for defendant and appellant; submitted on brief.

# State v. Lubitz
## No. 20200118

**Per Curiam.**

[¶1]   Ginny Rose Lubitz appeals after a criminal judgment was entered on a jury verdict finding her guilty of murder. Lubitz argues that the evidence was insufficient to sustain the guilty verdict and that the district court erred in denying her request for a continuance because the State failed to turn over discovery in a timely manner. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (4).

[¶2]   Jon J. Jensen, C.J.
Jerod E. Tufte
Lisa Fair McEvers
Gerald W. VandeWalle
Daniel J. Crothers